## Viviano *v.* Viviano, Appellant.

Argued November 11, 1965.  *Maurice B. Wechsler*, with him *Samuel S. Cohen*, for appellant; *Walter T. McGough*, with him *Scott F. Zimmerman*, and *Reed, Smith, Shaw & McClay*, for appellee.

Order affirmed.

FLOOD, J., absent.

## Vunjak *v.* Emerald Coal Company (et al., Appellant).

Argued November 8, 1965.  *Louis T. Katusin*, Associate Counsel, with him *Thomas E. Roberts*, Chief Counsel, *Raymond Kleiman*, Deputy Attorney General, and *Walter E. Alessandroni*, Attorney General, for State Workmen's Insurance Fund, appellant; *George B. Stegenga*, for claimant-appellee.

Judgment affirmed.

FLOOD, J., absent.